UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN AVENT,

                          Plaintiff,

          -against-

KEYBANK, *et al.*,

                         Defendants.

21-CV-1466 (CM)

CIVIL JUDGMENT

By order issued April 1, 2021, the Court dismissed this action for failure to state a claim for relief and on immunity grounds, but granted Plaintiff sixty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) - (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 19, 2021
           New York, New York

                                                  COLLEEN McMAHON
                                               United States District Judge